UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:13-MJ-1030-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Courtney Kirchstein** | ) | |

On August 7, 2013, Courtney Kirchstein appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Shoplifting by Concealing, in violation of 18 U.S.C. § 13, assimilating NCGS 14-72.1, was sentenced to a 1 year term of probation.

From evidence presented at the revocation hearing on February 20, 2014, the court finds as a fact that Courtney Kirchstein, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered to pay a $450.00 fine within sixty days of this date.

This the 20th day of February, 2014.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge